IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:10-CV-486-TMH |
| | )          [WO] |
| BOARD OF PARDONS AND PAROLES, | ) |
| | ) |
| Defendant. | ) |

**OPINION AND ORDER**

On June 14, 2010, the Magistrate Judge filed a Recommendation (Doc. 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED; and

2. Plaintiff's claims against the Board of Pardons and Paroles be dismissed with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's challenge to the 2009 decision to deny him parole be dismissed without prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This case be DISMISSED prior to service of process.

An appropriate judgment will be entered.

Done this the 20th day of September, 2010.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE