THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:10-CV-486-TMH |
| | ) [WO] |
| BOARD OF PARDONS AND PAROLES, | ) |
| | ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this case be dismissed with prejudice as to Plaintiff's claims against the Board of Pardons and Paroles and without prejudice as to the denial of his parole.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 20th day of September, 2010.


/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE